DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

LOPEZ, JIM

Debtor

Case No. 05-01631-FLK13

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $30.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| LOPEZ, JIM | 1724 CORNELL AVE YAKIMA, WA 98902 | $30.00 |

Dated: March 29, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt # 874190     4-8-10     #30.00